UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                            Case No. 15-cr-20194
                            Hon. Matthew F. Leitman

RAMON LOPEZ-VELARDEZ,
a/k/a MIGUEL LABRADO-ISLAS,

    Defendant.
_____/

## ORDER ADJOURNING SENTENCE AND PROVIDING NOTICE OF POSSIBLE UPWARD DEPARTURE FROM SENTENCING GUIDELINES RANGE

Defendant Ramon Lopez-Velardez entered a plea of guilty to unlawful re-entry by an alien, in violation of 8 U.S.C. 1326(a). Sentencing is currently scheduled for September 10, 2015.

The Defendant's sentencing range under the advisory guidelines is a custodial sentence of 10-16 months. Pursuant to Rule 32(h) of the Federal Rules of Criminal Procedure, the Court hereby notifies the parties that it is contemplating the imposition of a custodial sentence that exceeds the advisory guidelines range. The Court is considering whether a sentence above the recommended range is necessary in light of the Defendant's extensive criminal history, his repeated unlawful entries into this country, the need for specific deterrence and protection of

the public, and to impose upon Defendant the appropriate level of punishment for the seriousness of his offense.

The Court adjourns Defendant's sentence to September 29, 2015 at 2:30 p.m. The Court invites Defendant to file a Sentencing Memorandum by not later than September 22, 2015.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 3, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 3, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113